IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

  Plaintiff,

    v.

ABDI KAYAD
AND ALL OTHERS,

  Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3851-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. For the reasons set forth in the Report and Recommendation, this Court lacks subject matter jurisdiction of this case. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

    SO ORDERED, this 6 day of February, 2012.

                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge

T:\ORDERS\11\Federal National Mortgage\11cv3851\r&r.wpd